**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| ESTELLA ENGLEHARDT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No.: 07-CV-2124 |
| HOUSING AUTHORITY OF | ) |
| CHAMPAIGN COUNTY, | ) |
| | ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

NOW COMES Lorna K. Geiler of Meyer Capel, A Professional Corporation and hereby enters its appearance on behalf of the Defendant, HOUSING AUTHORITY OF CHAMPAIGN COUNTY, in the above-captioned lawsuit.

Respectfully submitted,

**s/Lorna K. Geiler**
Lorna K. Geiler, No. 7372814
Attorney for the Defendant
Meyer Capel, A Professional Corporation
306 W. Church Street
Champaign, IL 61820
Telephone: (217) 352-1800
Fax: (217) 352-1083
lgeiler@meyercapel.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2007, I electronically filed the foregoing **Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Mr. John H. Otto
>Zimmerly, Gadau, Selin & Otto
>116 N. Chestnut Street
>Suite 200
>Champaign, IL. 61820

I also hereby certify that I have mailed by United States Postal Service the above mentioned document to the following non CM/ECF participants:

>**s/Lorna K. Geiler**
>Lorna K. Geiler, No. 7372814
>Attorney for the Defendant
>Meyer Capel, A Professional Corporation
>306 W. Church Street
>Champaign, IL 61820
>Telephone: (217) 352-1800
>Fax: (217) 352-1083
>lgeiler@meyercapel.com