## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| ESTELLA ENGLEHARDT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No.: 07-CV-2124 |
| HOUSING AUTHORITY OF CHAMPAIGN COUNTY, | ) ) ) |
| Defendant. | ) ) |

### ANSWER

NOW COMES the Defendant, HOUSING AUTHORITY OF CHAMPAIGN COUNTY, (hereinafter referred to as "HACC") by its attorney Lorna K. Geiler of Meyer Capel, A Professional Corporation, and for its Answer to Complaint and Jury Demand, states as follows:

1.  The Defendant, HACC, admits that this action is brought under Title VII of the Civil Rights Act of 1964 and the Pregnancy Discrimination Act, but deny the remaining allegations contained in Paragraph 1 of the Complaint.

2.  The Defendant, HACC, admits the allegations contained in Paragraph 2 of the Complaint.

3.  The Defendant, HACC, admits that the Plaintiff was employed in Champaign County, Illinois, and venue is proper in the Central District of Illinois, Urbana Division, but deny the remaining allegations contained in Paragraph 3 of the Complaint.

4.  The Defendant, HACC, admits the allegations contained in Paragraph 4 of the Complaint.

5.  The Defendant, HACC, admits that in 2004 the Plaintiff was pregnant, but has no recollection or record of the Plaintiff advising the Defendant in March 2004 of same.

6. The Defendant, HACC, admits that the Plaintiff was pregnant on May 21, 2004, but has insufficient knowledge to form a belief as to the truth or falsity as to where in her pregnancy she was at that time. Defendant admits that the Plaintiff advised it that her physician had advised her to avoid strenuous physical activity including climbing for the rest of her pregnancy.

7. The Defendant, HACC, denies the allegations contained in Paragraph 7 of the Complaint.

8. The Defendant, HACC, admits the allegations contained in Paragraph 8 of the Complaint.

9. The Defendant, HACC, denies the allegations contained in Paragraph 9 of the Complaint.

10. The Defendant, HACC, admits the allegations contained in Paragraph 10 of the Complaint.

11. The Defendant, HACC, admits the Plaintiff was placed on FMLA on May 31, 2004, and that leave expired on August 22, 2004.

12. The Defendant, HACC, admits the allegations contained in Paragraph 12 of the Complaint.

13. The Defendant, HACC, admits the allegations contained in Paragraph 13 of the Complaint.

14. The Defendant, HACC, denies the allegations contained in Paragraph 14 of the Complaint.

15. The Defendant, HACC, denies the allegations contained in Paragraph 15 of the Complaint.

16. The Defendant, HACC, admits the allegations contained in Paragraph 15 of the Complaint.

17. The Defendant, HACC, admits the allegations contained in Paragraph 17 of the Complaint.

18. The Defendant, HACC, admits the allegations contained in Paragraph 18 of the Complaint.

WHEREFORE, the Defendant, Housing Authority of Champaign County, prays that the Court enter judgment in its favor, and for such other relief as the Court deems just and proper.

Respectfully submitted,

**s/Lorna K. Geiler**
Lorna K. Geiler, No. 7372814
Attorney for the Defendant
Meyer Capel, A Professional Corporation
306 W. Church Street
Champaign, IL 61820
Telephone: (217) 352-1800
Fax: (217) 352-1083
lgeiler@meyercapel.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2007, I electronically filed the foregoing **Answer** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Mr. John H. Otto
> Zimmerly, Gadau, Selin & Otto
> 116 N. Chestnut Street
> Suite 200
> Champaign, IL. 61820

I also hereby certify that I have mailed by United States Postal Service the above mentioned document to the following non CM/ECF participants:

           **s/Lorna K. Geiler**
           Lorna K. Geiler, No. 7372814
           Attorney for the Defendant
           Meyer Capel, A Professional Corporation
           306 W. Church Street
           Champaign, IL 61820
           Telephone: (217) 352-1800
           Fax: (217) 352-1083
           lgeiler@meyercapel.com