IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ESTELLA ENGLEHARDT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 07-cv- 2124 |
| | ) |
| HOUSING AUTHORITY OF CHAMPAIGN COUNTY, | ) |
| | ) |
| | ) |
| Defendant. | ) |

**Report of Rule 26(f) Planning Meeting**

Plaintiff, ESTELLA ENGLEHARDT, being represented by JOHN H. OTTO and Defendant HOUSING AUTHORITY OF CHAMPAIGN COUNTY being represented by LORNA K. GEILER, counsel met by e-mail on August 6, 2007 for the purpose of formulating a proposed discovery calendar for consideration by the Court. The following are dates[1] which counsel have agreed upon.

1.  Parties will exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) by August 31, 2007.

2.  The deadline for amendment of pleadings is December 30, 2007.

3.  The deadline for joining additional parties is August 31, 2007.

4.  Plaintiff shall disclose experts and provide expert reports by December 30, 2007.

    Plaintiff shall make any such experts available for deposition by February 28, 2008.

5.  Defendant shall disclose experts and provide expert reports by April 30, 2008. Defendant

---

[1] See Section III of this Court's Rule 16 memo (also displayed on this website) for suggested time frames.

   shall make any such experts available for deposition by June 30, 2008.

6. All discovery, including deposition of experts, is to be completed by June 30, 2008.

7. The deadline for filing case dispositive motions shall be August 31, 2008.

| Estella Englehardt, Plaintiff | Housing Authority of Champaign County, Defendant |
|---|---|
| By: /S/ John H. Otto, Plaintiff's Attorney | By: /S/ Lorna K. Geiler, Defendant's Attorney |