UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| ESTELLA ENGLEHARDT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.: 07-CV-2124 |
| HOUSING AUTHORITY OF | ) | |
| CHAMPAIGN COUNTY, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that she served the Defendant's **Disclosure Pursuant to Federal Rule 26** in the above-captioned matter upon the following by depositing a copy of the same in the U.S. Mails, properly addressed and with proper postage affixed thereto this 21st day of August, 2007, to:

Mr. John H. Otto
Zimmerly, Gadau, Selin & Otto
116 N. Chestnut Street
Suite 200
Champaign, IL 61820

The original of said Defendant's **Disclosure Pursuant to Federal Rule 26** was not filed with the Clerk of the Court, and this Certificate of Service is hereby electronically filed with the Clerk of the Court using the CM/ECF system, disclosing that a copy was served as stated herein.

s/Lorna K. Geiler
Lorna K. Geiler, No. 7372814
Attorney for the Defendant
Meyer Capel, A Professional Corporation
306 W. Church Street
Champaign, IL 61820
Telephone: (217) 352-1800
Fax: (217) 352-1083
lgeiler@meyercapel.com