## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| ESTELLA ENGLEHARDT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No.: 07-CV-2124 |
| HOUSING AUTHORITY OF | ) |
| CHAMPAIGN COUNTY, | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that she served the Defendant's **First Set of Interrogatories to Plaintiff and First Request to Produce Documents to Plaintiff** in the above-captioned matter upon the following by depositing copies of same in the U.S. Mails, properly addressed and with proper postage affixed thereto this 30th day of August, 2007, to:

Mr. John H. Otto
Zimmerly, Gadau, Selin & Otto
116 N. Chestnut Street
Suite 200
Champaign, IL 61820

The original of said Defendant's **First Set of Interrogatories to Plaintiff and First Request to Produce Documents to Plaintiff** were not filed with the Clerk of the Court, and this Certificate of Service is hereby electronically filed with the Clerk of the Court using the CM/ECF system, disclosing that copies was served as stated herein.

                                        **s/Lorna K. Geiler**
                                        Lorna K. Geiler, No. 7372814
Attorney for the Defendant
Meyer Capel, A Professional Corporation
306 W. Church Street
Champaign, IL 61820
Telephone: (217) 352-1800
Fax: (217) 352-1083
lgeiler@meyercapel.com