UNITED STATES OF AMERICA
IN THE DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ESTELLA ENGLEHARDT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 07-cv- 2124 |
| | ) |
| HOUSING AUTHORITY OF CHAMPAIGN COUNTY, | ) |
| | ) |
| Defendant. | ) |

### Certificate of Service

The undersigned attorney hereby certifies that he served the Plaintiff's Rule 26(a)(1) Disclosures by depositing the same in the United States mail, properly addressed and with proper postage affixed on this 31st day of August, 2007 to:

Lorna K. Geiler
Meyer Capel
306 West Church Street
P.O. Box 6750
Champaign IL 61826-6750

The original of said document was not filed with the Clerk of the Court and this Certificate of Service is hereby electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notice to the attorneys for the parties.

/S/    John H. Otto, Attorney for Plaintiff

Zimmerly, Gadau, Selin and Otto
116 N. Chestnut, Suite 200
Champaign, IL 61821
(217)352-7676
Fax (217)352-8090
Email: Johnhotto@ameritech.net