UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| **ESTELLA ENGLEHARDT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) Case No. 07-2124 |
| **HOUSING AUTHORITY OF** | ) |
| **CHAMPAIGN COUNTY,** | ) |
| | ) |
| **Defendant.** | ) |

# DISCOVERY ORDER

A discovery conference was held **August 29, 2007,** pursuant to FED. R. CIV. P. 16 and CDIL-LR Rule 16.2(A). Plaintiff appeared by John H. Otto. Defendant appeared by Lorna K. Geiler. The progress of discovery to date was discussed. Deadlines were proposed by counsel and approved by the Court.

**WHEREFORE, IT IS ORDERED:**

1. Parties will exchange initial disclosures pursuant to FED. R. CIV. P. 26(a)(1) by **August 31, 2007.**

2. The deadline for amendment of pleadings is **December 30, 2007.**

3. The deadline for joining additional parties is **August 31, 2007.**

4. Plaintiff shall disclose experts and provide expert reports by **December 20, 3007.** Plaintiff shall make any such experts available for deposition by **February 28, 2008.**

5. Defendant shall disclose experts and provide expert reports by **April 30, 2008.** Defendant shall make any such experts available for deposition by **June 30, 2008.**

6. All discovery, including deposition of experts, is to be completed by **June 30, 2008**.

7. The deadline for filing case dispositive motions shall be **September 2, 2008.**

8. The matter is scheduled for *final pretrial conference* by personal appearance before the Honorable Michael P. McCuskey, Chief U.S. District Judge, on **November 25, 2008, at 2:30 p.m.**

   9.  The matter is scheduled for *jury selection and jury trial* before the Honorable Michael P. McCuskey, Chief U.S. District Judge, on **December 15, 2008, at 9:00 a.m. (approx. 3 days) (Case No. 1).**

   ENTER this 5th day of September, 2007.

                         <u>  s/ DAVID G. BERNTHAL  </u>
                             U.S. MAGISTRATE JUDGE