UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ESTELLA ENGLEHARDT, | ) |
| Plaintiff, | ) |
| v. | ) Cause No.: 07-CV-2124 |
| HOUSING AUTHORITY OF CHAMPAIGN COUNTY, | ) |
| Defendant. | ) |

MOTION TO COMPEL

NOW COMES the Defendant, HOUSING AUTHORITY OF CHAMPAIGN COUNTY, by its attorney Lorna K. Geiler of Meyer Capel, A Professional Corporation, and respectfully represents as follows:

1. A Request to Produce and Interrogatories were mailed to the Plaintiff on August 30, 2007.

2. Counsel for the Defendant has requested the discovery responses, (see attached as Exhibit A) but has received no response.

3. To date, the said discovery responses have not been received.

4. Despite reasonable attempts to resolve the discovery differences, counsel for the Defendant has been unable to resolve the discovery dispute with opposing counsel.

WHEREFORE, the Defendant respectfully prays that the Plaintiff be compelled to produce those discovery responses requested forthwith and for its attorney's fees.

Respectfully submitted,

**s/Lorna K. Geiler**
Lorna K. Geiler, No. 7372814
Attorney for the Defendant
Meyer Capel, A Professional Corporation
306 W. Church Street
Champaign, IL 61820
Telephone: (217) 352-1800
Fax: (217) 352-1083
lgeiler@meyercapel.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2007, I electronically filed the foregoing **Motion to Compel** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. John H. Otto
Zimmerly, Gadau, Selin & Otto
116 N. Chestnut Street
Suite 200
Champaign, IL. 61820

I also hereby certify that I have mailed by United States Postal Service the above mentioned document to the following non CM/ECF participants:

                                              **s/Lorna K. Geiler**
                                          Lorna K. Geiler, No. 7372814
Attorney for the Defendant
Meyer Capel, A Professional Corporation
306 W. Church Street
Champaign, IL 61820
Telephone: (217) 352-1800
Fax: (217) 352-1083
lgeiler@meyercapel.com




Telephone:  217/352-1800
Facsimile:  217/352-1083
http://www.meyercapel.com

306 West Church Street
P.O. Box 6750
Champaign, Illinois 61826-6750

James L. Capel, Jr (1933-1991)

LORNA K. GEILER
lgeiler@meyercapel.com

October 5, 2007

Mr. John H. Otto
Zimmerly, Gadau, Selin & Otto
116 N. Chestnut Street
Suite 200
Champaign, IL. 61820

    Re:    *Englehardt v. Housing Authority*
            *Case No. 07-2124*

Dear John:

    I have not yet received the discovery responses from you in this matter and, according to my calculations, they are now overdue. Could you please let me know when you are going to get these to me. I look forward to hearing from you. Thanking you, I remain

                                Respectfully yours,

                                Lorna K. Geiler

LKG:tlh

**EXHIBIT A**

O:\LITIGAT\HOUSING\Estella Englehardt\John Otto ltr 10-05-07.wpd