UNITED STATES OF AMERICA
IN THE DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ESTELLA ENGLEHARDT, | ) |
| Plaintiff, | ) |
| vs. | ) No. 07-cv- 2124 |
| HOUSING AUTHORITY OF CHAMPAIGN COUNTY, | ) |
| Defendant. | ) |

### Response to Defendant's Motion to Compel

NOW COMES Plaintiff, ESTELLA ENGLEHARDT, by her attorneys, ZIMMERLY, GADAU, SELIN and OTTO, and in response to Defendant's Motion to Compel states as follows:

1. Plaintiff's counsel received Defendant's interrogatories and requests to produce on September 1, 2007.

2. Defendant's requests are extensive and the response is voluminous.

3. Plaintiff now resides in Colorado, which makes it difficult for her to communicate and cooperate with her lawyer in providing the discovery defendant has requested.

4. Counsel for Plaintiff has conferred extensively with Plaintiff by telephone and has drafted responses to the discovery for Plaintiff's review and signature, but does not yet have final responses ready to give to counsel for Defendant.

5. Counsel for Plaintiff believes that he can deliver the discovery responses Defendant has requested within 14 days.

WHEREFORE, Plaintiff requests that the Court require Plaintiff to respond to the

discovery requests within 14 days.

| | |
|---|---|
| Dated: November 13, 2007 | Estella Englehardt, Plaintiff |
| | /S/    John H. Otto, Attorney for Plaintiff |
| | Zimmerly, Gadau, Selin and Otto<br>116 N. Chestnut, Suite 200<br>Champaign, IL 61821<br>(217)352-7676<br>Fax (217)352-8090<br>Email: Johnhotto@ameritech.net |

### Certificate of Service

The undersigned attorney hereby certifies that he served the Response to Defendant's Motion to Compel electronically using the CM/ECF system which will send electronic notice to:

Lorna K. Geiler
Attorney for Defendant
Meyer Capel
306 West Church Street
P.O. Box 6750
Champaign IL 61826-6750


/S/    John H. Otto, Attorney for Plaintiff

Zimmerly, Gadau, Selin and Otto
116 N. Chestnut, Suite 200
Champaign, IL 61821
(217)352-7676
Fax (217)352-8090
Email: Johnhotto@ameritech.net