## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

ESTELLA ENGLEHARDT,            )
                               )
    Plaintiff,              )
                               )
v.                             )    Cause No.: 07-CV-2124
HOUSING AUTHORITY OF           )
CHAMPAIGN COUNTY,              )
                               )
    Defendant.              )

### SECOND MOTION TO COMPEL

NOW COMES the Defendant, HOUSING AUTHORITY OF CHAMPAIGN COUNTY, by its attorney Lorna K. Geiler of Meyer Capel, A Professional Corporation, and respectfully represents as follows:

1.  A Request to Produce and Interrogatories were mailed to the Plaintiff on August 30, 2007.

2.  On October 5, 2007, counsel for the Defendant requested the discovery responses (see attached as Exhibit A).

3.  On October 24, 2007, counsel for the Defendant filed a Motion to Compel.

4.  On November 20, 2007, the Court entered an Order granting the Motion to Compel requiring the Plaintiff to respond within fourteen (14) days.

5.  On December 12, 2007, counsel for the Defendant followed up with counsel for the Plaintiff (see attached Exhibit B).

6.  In response to the follow up letter, counsel for the Plaintiff requested an extension of time. Counsel for the Defendant asked that the discovery responses be provided by December 21, 2007.

7.     To date, the said discovery responses have not been received.

8.     Despite reasonable attempts to resolve the discovery differences, counsel for the Defendant has been unable to resolve the discovery dispute with opposing counsel.

9.     The Defendant has incurred $375.00 in attorney's fees attempting to obtain discovery responses from the Plaintiff (see attached Exhibit C).

WHEREFORE, the Defendant respectfully prays that the Court enter an order dismissing this matter and for its attorney's fees.

Respectfully submitted,

s/Lorna K. Geiler
Lorna K. Geiler, No. 7372814
Attorney for the Defendant
Meyer Capel, A Professional Corporation
306 W. Church Street
Champaign, IL 61820
Telephone: (217) 352-1800
Fax: (217) 352-1083
lgeiler@meyercapel.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2007, I electronically filed the foregoing **Second Motion to Compel** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. John H. Otto
Zimmerly, Gadau, Selin & Otto
116 N. Chestnut Street
Suite 200
Champaign, IL. 61820

I also hereby certify that I have mailed by United States Postal Service the above mentioned document to the following non CM/ECF participants:

                                                **s/Lorna K. Geiler**
Lorna K. Geiler, No. 7372814
Attorney for the Defendant
Meyer Capel, A Professional Corporation
306 W. Church Street
Champaign, IL 61820
Telephone: (217) 352-1800
Fax: (217) 352-1083
lgeiler@meyercapel.com



# MEYER CAPEL
### A PROFESSIONAL CORPORATION



Telephone: 217/352-1800  
Facsimile: 217/352-1083  
http://www.meyercapel.com

306 West Church Street  
P.O. Box 6750  
Champaign, Illinois 61826-6750

James L. Capel, Jr (1933-1991)

LORNA K. GEILER  
lgeiler@meyercapel.com

October 5, 2007

Mr. John H. Otto  
Zimmerly, Gadau, Selin & Otto  
116 N. Chestnut Street  
Suite 200  
Champaign, IL. 61820

    Re: *Englehardt v. Housing Authority*  
           *Case No. 07-2124*

Dear John:

I have not yet received the discovery responses from you in this matter and, according to my calculations, they are now overdue. Could you please let me know when you are going to get these to me. I look forward to hearing from you. Thanking you, I remain

                                     Respectfully yours,

                                     Lorna K. Geiler

LKG:tlh



EXHIBIT A

O:\LITIGATI\HOUSING\Estella Englehardt\John Otto ltr 10-05-07.wpd




# Law Offices of
# MEYER CAPEL
### A PROFESSIONAL CORPORATION

Telephone: 217/352-1800  
Facsimile: 217/352-1083  
http://www.meyercapel.com

306 West Church Street  
P.O. Box 6750  
Champaign, Illinois 61826-6750

James L. Capel, Jr (1933-1991)

LORNA K. GEILER  
lgeiler@meyercapel.com

December 12, 2007

Mr. John H. Otto  
Zimmerly, Gadau, Selin & Otto  
116 N. Chestnut Street  
Suite 200  
Champaign, IL. 61820

   Re: *Englehardt v. Housing Authority*  
     Case No. 07-2124

Dear John:

  I am not exactly sure what I should do. I sent out discovery and then followed up with a phone call and letter asking for responses. I did not get those responses so I filed a Motion to Compel. The Motion to Compel was allowed and you were ordered to provide the responses by December 4th. It is now December 12th and I have not received them. This is what makes litigation so expensive and unreasonable for my client. Is this case going to move forward or do you suggest I pursue some type of sanction. I look forward to hearing from you. Thanking you, I remain

                 Respectfully yours,

                 Lorna K. Geiler

LKG:tlh

O:\LITIGATI\HOUSING\Estella Englehardt\John Otto ltr 12-12-07.wpd

EXHIBIT B

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) ss |
| COUNTY OF CHAMPAIGN | ) |

I, Lorna K. Geiler, being first duly sworn, on oath depose and state:

1. I am associated with the firm Meyer Capel, A Professional Corporation.

2. I am a member of the Illinois Bar practicing general litigation in the State of Illinois since 1986.

3. My hourly rate during this litigation is $250.00.

4. Said hourly rate is reasonable and customary.

5. Attached hereto is Exhibit "1", the detailed billing report reflecting the amount of time spent on the various legal matters relating to this litigation.

6. Said time is reasonable for the services performed in this litigation.

7. Time spent in this litigation and the hourly rate charged are reasonable for an attorney handling this case in Champaign County, Illinois.

FURTHER AFFIANT SAYETH NOT.

_____
Lorna K. Geiler

Subscribed and sworn to before me

this 28th day of December, 2007.

_____
Notary Public

OFFICIAL SEAL
TIA L HOOVER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/24/08

EXHIBIT
C

Date 12/28/07      **MEYER CAPEL, A PROFESSIONAL CORPORATION - FIRM OPERATING**      Page 1

Billing Memorandum

Client 0010612 HOUSING AUTHORITY OF CHAMPAIGN COUNTY    Billing Attorney    0285 TRACY J NUGENT
Matter 00127 ENGELHARDT, ESTELLA    Originating Attorney    0285 TRACY J NUGENT
   Responsible Attorney    0285 TRACY J NUGENT
   Bill Format 2151

205 W. PARK
CHAMPAIGN, IL 61820

**** Unbilled Time ****
Thru 12/28/07

| Date | Attorney | Time | Rate | Value | Diary | Print Bill | Add Total |
|---|---|---|---|---|---|---|---|
| 10/05/07 | 0202 LORNA K GEILER | 0.20 | 250 | 50.00 | CORRESPONDENCE TO JOHN OTTO REQUESTING DISCOVERY RESPONSES. | Yes | Yes |
| 10/24/07 | 0202 LORNA K GEILER | 0.40 | 250 | 100.00 | PREPARATION AND FILING OF A MOTION TO COMPEL DISCOVERY RESPONSES. | Yes | Yes |
| | Total For Month | 0.60 | | 150.00 | | | |
| 12/12/07 | 0202 LORNA K GEILER | 0.40 | 250 | 100.00 | REVIEW OF COURT'S ENTRY ON DEADLINE FOR DISCOVERY RESPONSES AND PREPARATION OF CORRESPONDENCE TO OPPOSING COUNSEL REGARDING SAME | Yes | Yes |
| 12/27/07 | 0202 LORNA K GEILER | 0.50 | 250 | 125.00 | REVIEW OF DOCUMENTS RELATING TO OUTSTANDING DISCOVERY REQUESTS AND PREPARATION OF RENEWED MOTION TO COMPEL AND REQUEST FOR FEES | Yes | Yes |
| | Total For Month | 0.90 | | 225.00 | | | |
| | Total Unbilled Time | 1.50 | | 375.00 | | | |

**** Attorney Summary ****

| Attorney | Last Diary | Last Entry | Prior Time | Prior Value | Current Time | Current Value | Total Time | Total Value |
|---|---|---|---|---|---|---|---|---|
| 0202 LORNA K GEILER | 12/27/07 | 12/27/07 | 0.60 | 150.00 | 0.90 | 225.00 | 1.50 | 375.00 |
| 1 Shareholder Totals | | | 0.60 | 150.00 | 0.90 | 225.00 | 1.50 | 375.00 |



EXHIBIT 1

Date 12/28/07      MEYER CAPEL, A PROFESSIONAL CORPORATION - FIRM OPERATING
                                  Billing Memorandum

Client  0010612 HOUSING AUTHORITY OF CHAMPAIGN COUNTY    Billing Attorney        0285 TRACY J NUGENT
Matter  00127   ENGELHARDT, ESTELLA                      Originating Attorney    0285 TRACY J NUGENT
                                                         Responsible Attorney    0285 TRACY J NUGENT
                                                              Bill Format  2151

            Totals                              0.60        150.00       0.90       225.00     1.50     375.00

       Comment:    HOURLY