**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**Urbana Division**

| | |
|---|---|
| **ESTELLA ENGLEHARDT,** )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**HOUSING AUTHORITY OF** )<br>**CHAMPAIGN COUNTY,** )<br>)<br>**Defendant.** ) | Case No. 07-2124 |

# REPORT AND RECOMMENDATION

On November 20, 2007, the Court granted a Motion to Compel (#11) which had been filed by Defendant on October 24, 2007. The subject matter of that motion was a request to produce and interrogatories that had been served on Plaintiff on August 30, 2007. Plaintiff had not responded to the August discovery by the time the motion was filed. Plaintiff did not file a response to the motion.

Presently before the Court is a Second Motion to Compel (#13). According to that motion, Plaintiff has still not responded to the August discovery. Plaintiff has not responded to the motion.

Plaintiff filed suit on July 2, 2007. The Court entered a Discovery Order (#10) on September 15, 2007. According to that order, all discovery is to be completed by June 30, 2008. Despite the efforts of Defendant and the orders of the Court, Plaintiff has still not responded to initial discovery. This is unacceptable.

The Court had previously granted a motion to compel and ordered Plaintiff to respond to the August discovery within fourteen (14) days following November 20, 2007. It is clear that order had no effect on Plaintiff. Given Plaintiff's lack of participation, despite being represented by an experienced and capable attorney, the Court has no reason to believe that a second order will be any more effective than the first.

Accordingly, the undersigned recommends pursuant to authority conferred to me under 28 U.S.C. § 636(b)(1)(B) that Plaintiff's complaint be dismissed with prejudice and Plaintiff be ordered to pay the sum of Three Hundred Seventy-Five Dollars ($375.00) in attorney fees incurred by Defendant in attempting to obtain discovery.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within ten (10) working days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

ENTER this 28th day of January, 2008.

                                                  s/ DAVID G. BERNTHAL
                                                  U.S. MAGISTRATE JUDGE