# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

_____

| | |
|---|---|
| **ESTELLA ENGLEHARDT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 07-2124 |
| ) | |
| **HOUSING AUTHORITY OF CHAMPAIGN COUNTY,** ) ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

A Report and Recommendation (#14) was filed by the Magistrate Judge in the above cause on January 28, 2008.  More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made.  See 28 U.S.C. § 636(b)(1).  The Recommendation of the Magistrate Judge is, therefore, accepted by the court.  See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED:

(1) Due to Plaintiff's repeated failure to provide discovery and abide by orders of the court, Plaintiff's case is dismissed with prejudice.  Furthermore, Plaintiff is ordered to pay the sum of $375.00 in attorney fees incurred by Defendant in attempting to obtain discovery.

(2) This case is terminated.

ENTERED this 19th day of February, 2008

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE