UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**ESTELLA ENGLEHARDT**

vs.                                                                        Case Number:   **07-2124**

**HOUSING AUTHORITY OF CHAMPAIGN COUNTY**

☐ **DECISION BY THE COURT**.  This action came before the Court.  The issues have or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that due to plaintiff's repeated failure to provide discovery and abide by orders of the court, plaintiff's case is dismissed with prejudice. Furthermore, plaintiff is ordered to pay the sum of $375.00 in attorney fees incurred by defendant in attempting to obtain discovery.

ENTER this 19th day of February, 2008

s/Pamela E. Robinson
_____
PAMELA E. ROBINSON, CLERK

s/V. Ball
_____
BY:  DEPUTY CLERK